UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE D. BUSTICHI, et al.<br><br>Plaintiffs,<br><br>v.<br><br>WESCO INSURANCE COMPANY,<br><br>Defendant. | Case No. 20-cv-00882-RS<br><br>**ORDER TO SHOW CAUSE** |

Pursuant to the initial scheduling order for this bankruptcy appeal, Appellants' principal brief was due "no more than 30 days after docketing of notice that the record has been transmitted or is available electronically on the District Court's docket." Dkt. 2. The bankruptcy record appeared on the docket on February 7, 2020, but Appellants still have yet to file their principal brief. If Appellants do not file a principal brief or file a declaration showing good cause why this appeal should not be dismissed for failure to prosecute within 7 days of this order, this Court may dismiss the appeal without further notice.

**IT IS SO ORDERED**.

Dated: July 15, 2020

RICHARD SEEBORG
United States District Judge